UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DELISA TATE** | * | |
|     **Plaintiff** | * | **CASE NO.** |
| | * | |
| **VERSUS** | * | **JUDGE** |
| | * | |
| **DG LOUISIANA, LLC** | * | **MAGISTRATE** |
|     **Defendant** | * | |
| | * | **A JURY IS DEMANDED** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

TO:    The Honorable Judges
of the United States District Court
for the Eastern District of Louisiana

Defendant, DG Louisiana, LLC (hereinafter, "Defendant") respectfully submits this Notice of Removal of the above-styled matter, and as cause therefore shows as follows.

1.

On January 14, 2021, the attached Petition for Damages was filed in the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, entitled *Delisa Tate versus GLBJ LLC, L&G Dunaway, LLC, Dollar General Store #10355 and Hanover Insurance Company* bearing case number 2022-10174.[1] On June 13, 2022, Plaintiff filed a First Supplemental and Amending Petition for Damages substituting DG Louisiana, LLC in place of defendants, GLBJ LLC, L&G Dunaway, LLC, Dollar General Store #10355 and Hanover Insurance Company [2]

2.

---

[1] *See* Exhibit A, Plaintiff's Petition for Damages.
[2] *See* Exhibit B, Plaintiff's First Supplemental and Amending Petition for Damages.

Plaintiff's Petition alleges personal injuries as a result of an incident on September 21, 2021 at the Dollar General store located at 39550 Highway 190 E in Slidell, Louisiana.[3] Specifically, Plaintiff, Delisa Tate, alleges that when she was "walking in the store, suddenly and without warning, she was caused to slip and fall as a result of a dangerous and unreasonably slippery substance on the floor."[4] Plaintiff further alleges that she sustained "severe, personal injuries in an amount which exceeds the amount required for a trial by jury and for federal jurisdiction.[5]

3.

28 U.S.C. Section 1332 provides federal courts with original jurisdiction over all civil actions where the matter in controversy exceeds the value of $75,000, exclusive of interest and costs and between citizens of different states.[6] Here, it is facially apparent that Plaintiff's claim exceeds $75,000. In accordance with Louisiana law, Plaintiff's Petition did not allege a specific amount of damages; however, the Petition does <u>allege that her damages exceed the amount required for federal court jurisdiction.</u>[7] There is no evidence to suggest Plaintiff's allegation regarding the value of her damages was inflated or was not an honest assessment of her damages.[8] Moreover, there is no evidence to suggest, let alone establish to a *legal certainty*, that the amount in controversy is really for less than the jurisdictional amount.

4.

---

[3] Exhibit B, at Paragraphs I – II.
[4] Exhibit B, at Paragraph III.
[5] Exhibit B, at Paragraph IX.
[6] 28 U.S.C. Section 1332(a)(1).
[7] Exhibit B, at Paragraph IX.
[8] *Carver v. Wal-Mart Stores, Inc.*, 2008 WL 2050987, at *2 (M.D. La. 5/13/2008).

Pursuant to 28 U.S.C.A. 1446(b)(3), "[e]xcept as provided in subsection (c), if the case stated by the initial pleading is not removable, a notice of removal may be filed within 30 days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable." Here, DG Louisiana, LLC was named as a defendant and served with Plaintiff's First Supplemental and Amending Petition for Damages on July 20, 2022. Thus, removal is timely because it was filed within 30 days of Defendant being served with the Supplemental and Amending Petition for Damages.

5.

Accordingly, this Court has original jurisdiction of this action under 28 U.S.C. § 1332, and this action is, therefore, removable to this court on the basis that:

    A. The properly joined parties to this action are completely diverse:

        1. Plaintiff, Delisa Tate, is a person of full age of majority and a resident of the State of Louisiana;[9]

        2. DG Louisiana, LLC, is a single member limited liability company whose sole member is Dolgencorp, LLC, whose sole member is Dollar General Corporation, which is incorporated and has its principal place of business in Tennessee.

    B. The amount in controversy herein exceeds the sum of $75,000.00, exclusive of interest and costs. Plaintiff's Supplemental and Amending Petition for Damages specifically alleges that she sustained "severe, personal injuries in an amount

---

[9] Exhibit B, Introduction Paragraph.

which exceeds the amount required for a trial by jury and for federal jurisdiction.[10]

6.

This is a civil action over which the United States District Court for the Eastern District of Louisiana has concurrent original jurisdiction under the provisions of 28 U.S.C. § 1332, *et seq.*, as the amount in controversy exceeds $75,000.00, exclusive of interest and costs and complete diversity exists between all adverse and properly joined parties.

7.

The 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, is located within the Eastern District of Louisiana pursuant to 28 U.S.C. § 98(b). Therefore, venue is proper in accordance with 28 U.S.C. § 1441(a) because it is the "district and division embracing the place where such action is pending."[11]

8.

Defendant prays for a jury trial on all issues.

**WHEREFORE**, removing Defendant, DG Louisiana, LLC, prays that the above action now pending in the 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana, be removed therefrom to this Honorable Court. DG Louisiana, LLC additionally prays for a jury trial on all issues.

---

[10] Exhibit B, at Paragraph IX.
[11] 28 U.S.C. § 1441(a)

Respectfully submitted,

/s/ *Michael L. Ballero*
TREVOR C. DAVIES (32846)
SHANNON O. HARRISON (26163)
MICHAEL L. BALLERO (#6793)
**WANEK KIRSCH DAVIES LLC**
1340 Poydras Street, Suite 2000
New Orleans, Louisiana 70112
Telephone: (504) 324-6493
tdavies@wkdlawfirm.com
sharrison@wkdawfirm.com
mballero@wkdlawfirm.com
Attorneys for DG Louisiana, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via electronic mail this 19th day of August, 2022.

/s/ *Michael L. Ballero*