22ND JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY

STATE OF LOUISIANA

SUIT NO.: 2022 - 10174   DIVISION: A

DELISA TATE

VERSUS

GLBJ LLC, L&G DUNAWAY, LLC,
DOLLAR GENERAL STORE #10355 and HANOVER INSURANCE COMPANY

FILED: _____ JAN 1 8 2022 _____ /s/ Sandra Burris _____
DEPUTY CLERK
Sandra Burris, Deputy Clerk

**PETITION FOR DAMAGES**

The petition of Delisa Tate, a person of the full age of majority and a resident of the Parish of St. Tammany, respectfully represent that:

I.

Made Defendants herein are:

1. GLBJ LLC, a corporation located, licensed and doing business in the Parish of St. Tammany, State of Louisiana.

2. L&G Dunaway, LLC, a corporation located, licensed and doing business in the Parish of St. Tammany, State of Louisiana;

3. Dollar General Store #10355, a corporation located, licensed and doing business in the Parish of St. Tammany, State of Louisiana; and

4. Hartford Insurance Company, a foreign insurance company licensed to do and doing business in the Parish of St. Tammany, State of Louisiana.

II.

On or about the 20th day of September, 2021, your petitioner, Delisa Tate, was a customer at GLBJ LLC, L&G Dunaway, LLC and/or DBA Dollar General Store, located at 39550 Highway 190 E, Slidell, Louisiana 70461. Your Petitioner was shopping at the Dollar General Store #10355. While walking down the aisle, your Petition suddenly slipped in a liquid substance believed to be water, and fell to the ground. Upon information and belief based upon information gathered by the Petitioner after her fall, the location where the Petitioner fell was recently mopped by a Dollar General Store employee, and no wet floor signs were properly positioned to warn Petitioner of the potentially hazardous condition of the wet floor. The fall caused significant injuries and damages to your petitioner.

FAX

JAN 1 4 2022

FILED

**EXHIBIT A**

III.

At all times relevant herein, defendant, GLBJ LLC and/or L&G Dunaway LLC and/or Dollar General Store #10355 was the owner of the premises located at 39550 Highway 190 E, Slidell, Louisiana 70461, and is therefore vicariously liable for any and all negligence on behalf of GLBJ LLC, L&G Dunaway, LLC and/or Dollar General Store #10355, and its employees who worked therein on the date of the incident described herein.

IV.

At all times relevant herein, defendant, Hanover Insurance Company, provided a policy of liability insurance to defendants, GLBJ LLC, L&G Dunaway LLC and/or Dollar General Store #10355, and is therefore liable for any negligence on behalf of GLBJ LLC, L&G Dunaway, LLC and/or Dollar General Store #10355.

V.

As a result of said accident, Delisa Tate, petitioner herein, was caused severe, painful and disabling personal injuries to her arm, back and her entire body.

VI.

The above-described accident and ensuing injuries to your petitioner was caused by the negligence and/or strict liability of defendants, GLBJ LLC, L&G Dunaway, LLC and/or Dollar General Store #10355 in the following but not necessarily exclusive, acts:

1. Failure to properly maintain its premises;
2. Failure to properly train its employees;
3. Failure to properly supervise its employees;
4. Failure to adequately inspect property and/or premises;
5. Failure to correct a known defective/hazardous condition;
6. Failure to warn of a defective/hazardous condition;
7. Any and all other acts of negligence which will be proved at the trial hereof.

VII.

As a result of defendants negligence enumerated herein above, Delisa Tate, is entitled to reasonable damages and herewith itemizes her damages as follows:

1. Past, present, and future physical and mental pain and suffering and disability;
2. Medical expenses, past and future;
3. Scarring and disfigurement;

**EXHIBIT A**

4. Loss of enjoyment of life;

5. Disability and loss of function;

6. Any and all other damages which will be proved at the trial hereof.

VIII.

Petitioner avers amicable demand without avail. Petitioner asserts her damages exceed the amount necessary to request a trial by jury, and Petitioner expressly requests a trial by jury.

WHEREFORE, your petitioner, Delisa Tate, prays that defendants be duly served and cited to appear and answer this petition; all as provided by law; that after all legal delays and due proceedings had, there be judgment herein jointly, severally and in solido against the defendants, GLBJ LLC, L&G Dunaway, LLC, Dollar General Store #10355 and Hanover Insurance Company and in favor of petitioner herein, for reasonable damages, together with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, and for all general and equitable relief.

RESPECTFULLY SUBMITTED,

_____
John D. Sileo (La. Bar No.: 17797)
jack@johnsileolaw.com
Casey W. Moll (La. Bar No.: 35925)
casey@johnsileolaw.com
320 N. Carrollton Ave., Suite 101
New Orleans, LA 70119
Telephone: (504) 486-4343
Facsimile: (504) 297-1249

**[Service Instructions on Following Page]**

**EXHIBIT A**

**PLEASE SERVE**:

GLBJ LLC
Through its registered agent for service of process,
Lydia J. Alford
384 Voters Road
Suite 103
Slidell, LA 70461

L&G Dunaway, LLC
Through its registered agent for service of process,
Lydia J. Alford
384 Voters Road
Suite 103
Slidell, LA 70461


Dollar General Store #10355
39550 Highway 190 E
Slidell, Louisiana 70461

The Hanover Insurance Company
Through their registered agent for service of process,
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**EXHIBIT A**

SERVE

| | |
|---|---|
| **Delisa Tate** | **22ⁿᵈ Judicial District Court** |
| **VS  202210174 Division A** | **Parish of St. Tammany** |
| **GLBJ LLC, et al** | **State of Louisiana** |

**TO THE DEFENDANT:  DG Louisiana LLC, through its agent for service of process, Corporation Service Company, 501 Louisiana Avenue Baton Rouge, LA 70802**

You are named as a defendant in the above captioned matter.  Attached to this citation is a:

☐ Certified copy of Original Petition    ☒ Certified copy of Amended Petition    ☐ Discovery Request

You must either comply with the demand contained in the petition or make an appearance either by filing an answer or other pleading in the 22ⁿᵈ Judicial District Court located at 701 N. Columbia Street, Covington, Louisiana 70433 within the delay provided in Article 1001 of the Louisiana Code of Civil Procedure under penalty of default.

**Article 1001 of the Louisiana Code of Civil Procedure states:**

A.  A defendant shall file his answer within **twenty-one (21) days** after service of Citation upon him, except as otherwise provided by law.
   If the plaintiff files and serves a Discovery Request with his Petition, the defendant shall file his answer to the petition within **thirty (30)** days after service of the petition.
B. When an Exception is filed prior to Answer and is overruled or referred to the merits, or is sustained and an Amendment of the Petition ordered, the Answer shall be filed within **fifteen (15) days** after the exception is overruled or referred to the merits, or **fifteen (15) days** after service of the Amended Petition.
C. The Court may grant additional time for answering.

**Article 1151 of the Louisiana Code of Civil Procedure provides in pertinent part:**

A defendant shall plead in response to an Amended Petition within the time remaining for pleading to the Original Pleading or with **ten (10) days** after service of the Amended Petition, whichever period is longer, unless the time is extended under Article 1001.

**THE CLERK OF COURT'S STAFF CANNOT PROVIDE LEGAL ADVICE.**

By order of the Honorable Judges of said Court this   14th day of June, 2022

*Melissa R. Henry*, Clerk of Court

BY: *Kaitlyn Guzzardo*
Kaitlyn Guzzardo, Deputy Clerk

**A CERTIFIED TRUE COPY**
Witness my signature and seal of office.

Issued: 07/07/2022

Attested by: *Kaitlyn Guzzardo*
DY. CLERK, 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA
Kaitlyn Guzzardo, Deputy Clerk

**Counsel or Pro Se:**
Megan C. Kiefer
Attorney at Law
2310 Metairie Road
Metairie, La 70001

Received on _____, 2022, and on _____, 2022 I served a true copy of the within _____,
on _____ in person,
at domicile with _____,
in _____ Parish, a distance of _____ miles from the Justice Center.

_____
Parish of _____
Deputy Sheriff

101 - Regular Citation Rev 2/22

**EXHIBIT B**

St. Tammany
Melissa R. Henry - Clerk of Court
Suzette Jernigan - Deputy Clerk
Suit 2022-10174 A
E-Filed on: 6/13/22 10:58 AM
Filed on: 6/13/22 11:06 AM

**22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

NO. 2022-10174                      DIVISION "A"

**DELISA TATE**

**VERSUS**

**GLBJ LLC, L&G DUNAWAY, LLC, DOLLAR GENERAL STORE #10355, and HANOVER INSURANCE COMPANY**

FILED: _____        _____
                                                                 **DEPUTY CLERK**

## MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Delisa Tate, who respectfully suggests to this Honorable Court that Plaintiff desires to file this first Supplemental and Amending Petition for Damages, which is attached as Exhibit "1". Plaintiff respectfully suggests that no answers have been filed and the Supplemental Petition moves to bring in the proper parties in interest.

Respectfully submitted,

**KIEFER & KIEFER**

_____
Megan C. Kiefer, Bar No. 32882
Nat G. Kiefer, Jr., Bar No. 1461
2310 Metairie Road
Metairie LA 70001
Telephone: (504) 828-3313
Facsimile: (504) 828-0024
Email: megan@kieferlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via facsimile or by placing same in the United States mail, postage prepaid and properly addressed or via electronic mail on this 13th day of June, 2022.

_____
MEGAN C. KIEFER

**A CERTIFIED TRUE COPY**
Witness my signature and seal of office.

Attested by: _____
DY. CLERK, 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA

Kaitlyn Guzzardo, Deputy Clerk

**EXHIBIT B**

St. Tammany
Melissa R. Henry - Clerk of Court
Suzette Jernigan - Deputy Clerk
Suit 2022-10174 A
E-Filed on: 6/13/22 10:58 AM
Filed on: 6/13/22 11:06 AM

**22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

NO. 2022-10174                                                                                           DIVISION "A"

**DELISA TATE**

**VERSUS**

**GLBJ LLC, L&G DUNAWAY, LLC, DOLLAR GENERAL STORE #10355, and HANOVER INSURANCE COMPANY**

FILED: _____          _____
                                                                                 **DEPUTY CLERK**

**ORDER**

*Considering the foregoing Motion for Leave to File First Supplemental and Amending Petition for Damages;*

**IT IS ORDERED** that the Motion is **GRANTED** and the First Supplemental and Amending Petition is hereby filed in the record.

Covington, Louisiana, this 14 day of June, 2022.

_____
**JUDGE**

A CERTIFIED TRUE COPY
Witness my signature and seal of office.
Attested by: _____
DY. CLERK, 22nd JUD. DIST. COURT
ST. TAMMANY PARISH,
Kaitlyn Guzzardo, Deputy

**EXHIBIT B**

```
St. Tammany
Melissa R. Henry - Clerk of Court
Suzette Jernigan - Deputy Clerk
Suit 2022-10174 A
E-Filed on: 6/13/22 10:58 AM
Filed on: 6/13/22 11:06 AM
```

**22nd JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. TAMMANY**

**STATE OF LOUISIANA**

NO. 2022-10174                                                                 DIVISION "A"

**DELISA TATE**

**VERSUS**

**DG LOUISIANA, LLC**

FILED: _____            _____
                                                                                    **DEPUTY CLERK**

**FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES**

**NOW INTO COURT**, through undersigned counsel, comes petitioner, Delisa Tate, of full age of majority and resident of the State of Louisiana, who with respect represents:

1.

Plaintiff desires to supplement and amend the caption of the lawsuit to state:

**DELISA TATE**

**VERSUS**

**DG LOUISIANA, LLC**

2.

Plaintiff desires to supplement and amend her Petition for Damages in its entirety, to state:

I.

Named Defendants herein are

1. DG Louisiana LLC, a foreign corporation authorized to do and doing business in Louisiana;

Defendant is justly and truly liable onto your petitioner for such damages as are reasonable, including but not limited to, damages for past and future physical pain and suffering, past and future mental pain and suffering, mental anguish, physical impairment and disability, past and future medical expenses, past and future economic loss, loss of earning capacity, and rehabilitation expenses, loss of services, loss of society, and loss of enjoyment of life, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings, for the following, to-wit:

**EXHIBIT B**

## II.

On or about September 21, 2021, your petitioner, Delisa Tate, was a patron at Dollar General Store 39550 located at 39550 Highway 190 E in Slidell, Louisiana.

## III.

When Petitioner was walking in the store, suddenly and without warning, she was caused to slip and fall as a result of a dangerous and unreasonable slippery substance on the floor.

## IV.

Defendant, DG Louisiana LLC, through its employees or agents, created or allowed to exist an unreasonably dangerous condition and unreasonable risk of harm on Defendant's premises and/or failed to warn its patrons of same, causing the accident, injuries and damages complained of herein.

## V.

Defendant, DG Louisiana LLC, knew or should have known of the dangerous condition and unreasonable risk of harm on Defendant's premises.

## VI.

There were no warning signs or other warnings in the area indicating that a dangerous and unreasonable slippery condition existed on the floor near the hazard.

## VII.

Petitioner is free of fault and did not contribute to the subject accident in any way; rather, it was caused by the strict liability, negligence and/or fault on the part of Defendant, DG Louisiana LLC, and its employees, which negligence and/or fault includes, but is not limited to, the following non-exclusive particulars:

    (A)    The condition of the floor at the time of the subject accident presented an unreasonable risk of harm which was reasonably foreseeable to Defendants;
    (B)    Defendants either created or had actual or constructive notice of the unreasonably dangerous condition of the floor which caused the subject accident prior to its occurrence;
    (C)    In creating and maintaining the condition of the floor which Defendants knew or should have known was inherently dangerous, unsafe and hazardous;
    (D)    Mopping the floor when it knew or should know customers would traverse the floor and failing to completely dry same;
    (E)    Defendants failed to properly clean and/or patrol the floor and/or to warn its patrons of the dangerous and unreasonably slippery condition of the floor;
    (F)    Permitting a dangerous, unsafe and hazardous condition, to exist after Defendants created the condition and/or clearly had reasonable notice and knowledge of same;
    (G)    In failing to warn its patrons of the dangerous, unsafe and/or hazardous condition of the floor which was created by Defendants and/or Defendants clearly had reasonable knowledge thereof;

(H) Failing to maintain the premises and floor on the Defendants' premises in a safe and dry condition for use by Defendants' patrons;

(I) Defendants failed to have effective and adequate inspection, mopping and cleanup procedures so that the areas located in the store would be safe and thereby not pose a dangerous and unreasonable risk of harm to its patrons;

(J) A defective condition on the premises under Louisiana Civil Code 2317, 2317.1 and/or 2322;

(K) Any and all other acts of negligence, omission, and/or fault to be proven at the trial of this matter.

## VIII.

At all material times herein, Defendants owned, managed and/or had the custody and guarde of the premises and floors located at 39550 Highway 190 E in Slidell, Louisiana

## IX.

As a result of the negligence and/or fault on the part of Defendants, Petitioner, sustained severe, personal injuries in an amount which exceeds the amount required for a trial by jury and for federal jurisdiction.

WHEREFORE, petitioner, Delisa Tate, prays that Defendant be cited and served with a copy of this Petition and after all legal delays and proceedings be had, there be judgment rendered herein in favor of your petitioner and against defendant, and defendant be held liable for such damages as are reasonable in the premises, including but not limited to; damages for past and future physical pain and suffering, past and future mental pain and suffering, mental anguish, physical impairment and disability, past and future economic loss, loss of earning capacity, past and future medical expenses, rehabilitation, and loss of society, together with legal interest thereon from date of judicial demand until pain and for all costs of these proceedings. Petitioner further prays for all general and equitable relief.

Respectfully submitted,

**KIEFER & KIEFER**

*/s/ signature*

Megan C. Kiefer, Bar No. 32882
Nat G. Kiefer, Jr., Bar No. 1461
2310 Metairie Road
Metairie LA 70001
Telephone: (504) 828-3313
Facsimile: (504) 828-0024
Email: megan@kieferlaw.com

**A CERTIFIED TRUE COPY**
Witness my signature and seal of office.

Attested by: _____
DY. CLERK, 22nd JUD. DIST. COURT
ST. TAMMANY PARISH, LA
Kaitlyn Guzzardo, Deputy Clerk

**EXHIBIT B**

**PLEASE SERVE:**

DG LOUISIANA LLC
through its agent for service of process
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**EXHIBIT B**